## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                                        **JUDGMENT IN A CIVIL CASE**

**MICHAEL ALBERT SANCHEZ,**

                                                                        CASE NO: **2:22–CV–00447–DB**

         v.

**COMMISSIONER OF SOCIAL SECURITY,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/21/22**

                                                                        **Keith Holland**
                                                                        Clerk of Court

    ENTERED:  **July 21, 2022**

                                                              by:  /s/  V. Licea Chavez_____
                                                                              Deputy Clerk