JESSE S. KAPLAN   CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
MICHAEL SANCHEZ

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| MICHAEL SANCHEZ,<br><br>      Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | No.   2:22-cv-0447 DB<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. §2412(d)] |

THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded attorney fees in the amount of Three Hundred dollars and no cents ($300.00) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs under 28 U.S.C. § 1920. This represents compensation for all legal services rendered by Jesse S. Kaplan in this civil action in accordance with 28 U.S.C. §§ 1920, 2412(d).

[Pleading Title] - 1

Upon the Court's order for EAJA fees to Plaintiff, the government will consider Plaintiff's assignment of those *EAJA* fees to counsel. Pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and does not constitute an admission of liability on the part of defendant under the *EAJA* or otherwise. Payment of this agreed amount shall constitute a complete release of and bar to, any and all claims that Plaintiff and/or Jesse S. Kaplan, including Jesse S. Kaplan's firm, may have regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.

Dated: August 26, 2022              /s/  Jesse S. Kaplan

                                                                                      JESSE S. KAPLAN
                                                                                      Attorney for Plaintiff

Dated: August 26, 2022              /s/ per email authorization

                                                                                      MARY TSAI
                                                                                      Special Assistant U.S. Attorney
                                                                                      Attorney for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: October 11, 2022         /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE